IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**STANSBERRY, Roxanne Amanda,**

Debtor.
_____

**STANSBERRY, Roxanne Amanda,**

Plaintiff,

**v.**

**UNITED STATES OF AMERICA ACTING THOUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Number 22-11657

Adversary Number: 22-01067

**ORDER DISMISSING ADVERSARY PROCEEDING**

THIS MATTER having come on regularly based upon the Stipulation for Order of Dismissal and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that this above-entitled adversary proceeding is dismissed with each party bearing their own costs and attorney's fees.

///End of Order///

ORDER DISMISSING ADVERSARY PROCEEDING- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

And

U.S. Department of Justice

/s/ Kyle A. Forsyth
Kyle A. Forsyth
Assistant United States Attorney
Financial Litigation Coordinator
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Office: (206) 553-4751
Fax: (206) 553-4067
Attorneys for United States of America

ORDER DISMISSING ADVERSARY PROCEEDING- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com